**RECEIVED**

AUG 3 0 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOE RISER | CIVIL ACTION NO. 07-2044 |
| VERSUS | JUDGE DOHERTY |
| P.J. SMILE HEAD START | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Pending before this Court is defendant's "Motion for Judgment on the Pleadings or In the Alternative Rule 56 Motion for Summary Judgment." [Doc. 45] In its motion, defendant first argues: "A judgment on the pleadings should be granted because plaintiff fails to raise a right to relief above the speculative level though [sic] his complaint or allege enough facts to state a claim to relief that is plausible on its face." A review of plaintiff's complaint reveals defendant is correct. Accordingly, for the reasons cited at pp. 1-7 of defendant's memorandum in support [Doc. 45-3, pp. 1-7], and finding the motion to be well-supported both in law and fact, and noting no opposition to the motion has been filed, defendant's motion for judgment on the pleadings is hereby GRANTED.[1]

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___ day of August, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] Because the Court is granting defendant's motion for judgment on the pleadings, it need not address defendant's motion, in the alternative, for summary judgement; however, the Court notes had it denied the motion for judgment on the pleadings, it would have granted the motion for summary judgment.